FILED:  September 5, 2013

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 13-1969

(8:12-cv-02894-DKC)

_____

DISCOVERY COMMUNICATIONS, LLC

Plaintiff - Appellant

v.

COMPUTER SCIENCES CORPORATION

Defendant - Appellee

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Appendix due: 10/16/2013

Opening brief due: 10/16/2013

Response brief due: 11/18/2013

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk